W. P. SMITH, B. B. BROWN, J. N. C. STOCKTON AND CANAL LUMBER COMPANY, A CORPORATION, *Appellants*, v. BLANCHE D. RENTZ, AS ADMINISTRATRIX OF THE ESTATE OF J. A. RENTZ, DECEASED, *Appellees*.

Opinion Filed July 12, 1921.

A Writ of Error to the Circuit Court within and for the County of Duval; George Couper Gibbs, Judge.

PER CURIAM.—In view of the disposition this day made of the case of W. P. Smith *et al.*, plaintiffs in error, v. Blanche D. Rentz, as administratrix, defendant in error, the orders appealed from herein are reversed.

All concur.